No. 03–8203. WILSON v. TURNER ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–8206. ADAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 03–8210. SHETTY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 03–8216. BROOKS v. KANSAS. Ct. App. Kan. Certiorari denied. 

No. 03–8217. AKRIDGE v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 03–8219. CHERNEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 03–8220. CLAPP v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 03–8223. CALDWELL v. FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 03–8224. DIAZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–8229. PYEATT v. GALLEGOS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–8233. BOTTOMLEY v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–8236. BESS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 03–8239. ECHOLS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 03–8241. CURRY v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–8248. BECKFORD, AKA DAVIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 03–8249. THOMPSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.